```
 1                     UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF NEW YORK
 2

 3   ----------------------------------------X
                                             : 09-47792
 4   In re:                                  :
                                             : 271 Cadman Plaza East
 5        EAST FOURTEEN GARDENS, INC.,       : Brooklyn, New York
                                             :
 6                      Debtor.              : June 23, 2010
     ----------------------------------------X
 7
       TRANSCRIPT OF HEARING FOR ORDER SCHEDULING STATUS CONFERENCE;
 8     CONFIRMATION HEARING; MOTION FOR ORDER APPROVING STIPULATION
             OF SETTLEMENT; CROSS MOTION TO DISMISS THE CASE
 9                BEFORE THE HONORABLE CARLA E. CRAIG
                    UNITED STATES BANKRUPTCY JUDGE
10
     APPEARANCES:
11
     For the Debtor:          DAVID CARLEBACH, ESQ.
12                            Law Offices of David Carlebach
                              40 Exchange Place
13                            New York, NY 10005

14
     For the Secured          MICHAEL J. SHAVEL, ESQ.
15   Creditor:                Spector, Gadon & Rosen, PC
                              1000 Lenola Road, P.O. Box 1001
16                            Moorestown, New Jersey 08057

17

18   For the U.S. Trustee:    JACQUELINE A. FROME, ESQ.
                              Office of the U.S. Trustee
19                            271 Cadman Plaza East, Suite 4529
                              Brooklyn, NY  11201
20

21

22
     Court Transcriber:       MARY GRECO
23                            TypeWrite Word Processing Service
                              211 N. Milton Road
24                            Saratoga Springs, NY 12866

25



     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

1      MR. CARLEBACH:  Good afternoon, Your Honor.  David
2 Carlebach representing the debtor, East Fourteen Gardens.
3      MR. SHAVEL:  Good afternoon, Your Honor.  Michael
4 Shavel; Spector, Gadon and Rosen on behalf of the secured
5 creditor.
6      MS. FROME:  Jackie Frome for the United States
7 Trustee.
8      MR. CARLEBACH:  Your Honor, there are a number of
9 matters on today's calendar.  I think with Your Honor's
10 permission I would go forward with confirmation first.
11      Essentially, we filed a certification of ballots and
12 the two impaired -- the only ballots that we received were from
13 the two impaired classes.  I sent ballots for all the classes
14 of creditors but the only creditors who actually sent back the
15 ballots were the impaired classes which was class one which was
16 the secured claim of Markay [Ph.] East Fourteenth, LLC who
17 voted their class one claim, impaired class of $6,900,000.00 in
18 favor of the plan.  That's Exhibit A to the certification.
19      The second impaired class was the general unsecured
20 creditors.  We received a total of five ballots back from the
21 class seven general unsecured creditors.  There were four
22 acceptances and one rejection.  The acceptances were in the
23 aggregate amount of $1,529,356.65 and the rejection, the one
24 rejection was in the amount of $2,489.06.
25      So essentially we have not one but two impaired

3

1  classes that have accepted the plan and I believe that -- and
2  those ballots were timely received.  Under the circumstances I
3  believe that confirmation of the plan is appropriate.
4           I would -- the debtor is here in the courtroom but I
5  would like to make a proffer --
6           THE COURT:  If you would.
7           MR. CARLEBACH:  -- of the debtor's testimony.  First
8  instance, the plan complies with all of the applicable
9  provisions of Chapter 11 and Section 1129 of the Chapter 11.
10 Proponents of the plan complies with all the applicable
11 provisions of Chapter 11.  The plan has been proposed in good
12 faith and not by any means forbidden by law.  Any payment made
13 or to be made by the proponent, by the debtor, or by a person
14 issuing securities acquiring property under the plan for
15 services or for costs and expenses in or in connection with the
16 case or in connection with the plan and incident to the case
17 has been approved by or is subject to the approval of the Court
18 if reasonable.
19          THE COURT:  What does that consist of in this case?
20          MR. CARLEBACH:  I don't know that it actually has an
21 application in this case.  There is no, you know, payment being
22 made under the plan or pursuant to the plan which --
23          THE COURT:  No administrative expense payments?
24          MR. CARLEBACH:  Well, other than a final fee
25 application for myself which is, you know, would be brought on

1  post --
2           THE COURT:  All right
3           MR. CARLEBACH:  -- post confirmation --
4           THE COURT:  All right
5           MR. CARLEBACH:  -- there is no -- with respect to
6  each impaired class of claims or interest, each holder of a
7  claim or interest in such class has accepted the plan and/or
8  will receive or attain under the plan on account of such claim
9  or interest property of a value as of the effective date of the
10 plan that is not less than the amount that such holder would so
11 receive or retain if the debtor were liquidated under Chapter 7
12 of this title on such date.
13          THE COURT:  Explain how that is satisfied.
14          MR. CARLEBACH:  Yes.  Essentially we attached a
15 liquidation analysis as an exhibit to the disclosure statement.
16 We believe that the property in today's market is significantly
17 lower than the amount of the secured claim.  The secured
18 creditor has valued there the property at $6.9 million which is
19 significantly lower than the secured claim which is well in
20 excess of $8 million.  So it's clear that -- or this case could
21 go to a Chapter 7 liquidation.  The secured creditor would take
22 the property and that would be it.
23          So what unsecured creditors are receiving under the
24 plan clearly meets the best interests test in terms of their
25 receiving more under the plan than they would in a liquidation.

1  Except to the extent of -- and again, with respect to each
2  class of claim or interest, such class has accepted the plan or
3  such class is not impaired under the plan, again, the only two
4  impaired classes have voted to accept.  All of the other
5  classes are unimpaired.  Even had they voted no by operation of
6  law they would be deemed to have accepted the plan by virtue of
7  their un-impairment, but as a practical matter, none of them
8  sent back the ballots so they're not impaired and are deemed to
9  have accepted the plan.  Except to the extent that the holder
10 of a particular claim has agreed to a different treatment of
11 such claim the plan provides that with respect to a claim of a
12 kind specified in Section 507(a)(2) or 507(a)(3) of this title
13 on the effective date of the plan the holder of such plan will
14 receive an account of such claimed cash equal to the allowed
15 amount of such claim.  Essentially all priority administrative
16 secured claims are being paid in full.
17             THE COURT:  And what's the source of that?
18             MR. CARLEBACH:  The source of the payments, it's
19 essentially set forth -- it's part of the settlement agreement
20 that was reached with the global settlement agreement that was
21 reached between the debtor and the secured creditor whereby the
22 significant outstanding obligation are secured real estate
23 taxes.  Those taxes are being split pursuant to the settlement
24 agreement which is incorporated under the plan and is an
25 exhibit to the disclosure statement and is approved under the

6

1  plan.  Essentially going to be a one-third two-third split
2  whereby the debtor and its principal will be responsible for
3  two-thirds of those tax obligations and the secured creditor
4  will be responsible for one-third.  Further, pursuant to the
5  agreement the cash collateral that's in the debtor's account
6  may be used for that purpose as well.
7           So essentially, the cash collateral, which today is
8  about $70,000.00 will be available to pay such claims and the
9  balance is essentially being funded by the debtor's principal
10 and is available essentially to fund the plan.
11          THE COURT:  All right.
12          MR. CARLEBACH:  Finally, with respect to a class of
13 claims of a kind specified in Section 507(a)(1) and 507(a)(4),
14 507(a)(5), 507(a)(6) or 507(a)(7) of this title, each holder of
15 a claim of such class will receive, if such class has accepted
16 the plan, deferred cash payments of a value as of the effective
17 date of the plan equal to the allowed amount of such claim or
18 if such class has not accepted the plan, cash on the effective
19 date of the plan equal to allowed amount of such claim.
20          Once again, the secured creditor has essentially
21 accepted to take the property back in full satisfaction of its
22 claim.  So that is part of the global settlement that has been
23 worked out.  So they have essentially accepted the plan and
24 accepted the property as payment for their claim.  We don't
25 need to get into cram downs or deferred cash payments or net

1  present value issues because they've accepted the property in
2  full payment of their claim.
3         Again, if the classes of claims is impaired under the
4  plan, at least one class of claims that is impaired under the
5  plan has accepted the plan and terminated without including any
6  [unintelligible] of the plan by the insider previously stated
7  with respect to the certification.  We have not one but two
8  classes of non-insider impaired classes that have accepted the
9  plan.  Confirmation of the plan is not likely to be followed by
10 the liquidation or the need for further financial
11 reorganization of the debtor or any successor to the debtor
12 under the plan unless such liquidation or reorganization is
13 proposed in the plan.
14         Again, we expect to close imminently on this
15 transaction.  In fact, there are -- as soon as I'm done with
16 the proffer I was going to discuss that with Your Honor.  We
17 expect that the deal that is contemplated under the plan is
18 going to -- we have an expedited closing.  Property is going to
19 be transferred.  Taxes are going to be paid.  There certainly
20 would be no need for any further [unintelligible].  And we
21 stated in the disclosure statement the corporate shell that
22 will then be the debtor will very likely be simply dissolved as
23 the business of this debtor was the ownership and management of
24 this property to the extent that that is -- it no longer owns
25 or will be managing the property, the debtor will not

8

1   essentially continue and there would be no, once again no need
2   for a further liquidation or reorganization.
3         Finally, all fees payable under Section 1930 of Title
4   28 as determined by the Court at the hearing on confirmation of
5   the plan have been paid or the plan provides for the payment of
6   all such fees in effect the date of the plan.  The plan
7   certainly does provide for the payment of such fees.
8         I'll assume that the United States Trustee -- again,
9   I can't stay here today and say that we're fully current.  If
10  we are not current, that will be brought current.  You know,
11  certainly post confirmation will be bring any such fees
12  current.
13        Essentially, with that presentation, Your Honor, that
14  is what the debtor would testify to.  I would ask that the
15  Court confirm the plan.
16        There are a number of minor modifications which I
17  would like to be included in the confirmation order which I can
18  tell Your Honor now or if Your Honor would want to formally
19  confirm the plan first, either way.
20        THE COURT:  In the absence of objection I will
21  confirm the plan.
22        MR. CARLEBACH:  Thank you, Your Honor.  There are
23  actually --
24        THE COURT:  We don't have a confirmation order here
25  though.

9

1       MR. CARLEBACH:  No, I do not.  And the reason why is
2  only because there are going to be, like I said, there are some
3  modifications.  I just wanted to advise the Court what those
4  essentially non-material modifications, which I believe are
5  appropriate to be included in the confirmation order.  There
6  was an objection filed by one of the tax creditors, the
7  purchaser of the tax lien where they -- essentially, their
8  objection was that the plan did not specifically state that
9  they're entitled to post confirmation interest and we resolved
10 that objection by agreeing to pay them post petition interest,
11 excuse me.  So I would just put that modification in the
12 conformation order just to make it clear that they will be paid
13 post petition interest.
14      The other thing is with respect to the effective
15 date.  The plan has a generic, you know, effective date
16 provision which calls for it to be effective I believe 11
17 business days.  We are under some time pressure given the time
18 deadlines that are in the settlement agreement and we would
19 like to -- in the absence of objection, there is no serious
20 threat so to speak of an appeal being filed and we would want
21 to wait, we would want to allow the plan to be effective
22 immediately so we can close over the next few days without
23 having to further delay the settlement which the parties are
24 eager to consummate and are effectively -- we're teed up for an
25 expedited closing and we'd like to go forward with that.

10

1           THE COURT:  Do you think there's any problem with
2  that, Ms. Frome?
3           MS. FROME:  We won't have a problem with that I don't
4  believe.  My office has no objection to it.
5           THE COURT:  All right.  Okay.
6           MR. CARLEBACH:  Also with respect to one of the main
7  purposes of transferring this property through the plan is the
8  provision which is included in the plan of the transfer tax
9  provision of 1146.  I just wanted to make that -- I would
10 simply track the language that's in the plan just to
11 specifically delineate in the confirmation order which is
12 something that's traditionally done that the 1146 exemption
13 from transfer taxes, just put that specifically into the
14 confirmation order.  It's not really a modification.  It's just
15 sort of putting that in the confirmation.
16          And finally, this really goes to the other matters
17 that are on the calendar.  There are two other matters that are
18 on the calendar.  I'll take the easy one first.  There was a
19 motion to dismiss which I believe has now become moot by virtue
20 of the fact that the plan is confirmed.  So we don't need to
21 get to that one.
22          But there was also a motion and that was item number,
23 I believe it was item number 50 on the calendar, or some
24 [inaudible].  The other thing, there was a motion to approve
25 the stipulation of settlement in this case.  It was approved in

1  the context of the affiliate case, Filmont Square, and I would
2  say rather than enter a separate 9019 order, you could say to
3  me well it's already been approved, it's part of the plan, and
4  it is, but just to give the secured creditor the comfort, I
5  would just put it right into the confirmation order stating
6  that the settlement agreement is approved pursuant to the plan
7  and under Rule 9019, so that would -- that's the final item
8  that I would add into the confirmation order.
9              THE COURT:  That's fine.
10             MR. CARLEBACH:  With respect to the status
11 conference, I would think to the extent that I'm going to be
12 putting in a final fee application, I would just ask for a date
13 say 45 days out where, you know, we could clean up final
14 decree, final fee application.
15             THE CLERK:  August 4th at 2:30.
16             MR. CARLEBACH:  August 11th?
17             THE COURT:  August 4.
18             MR. CARLEBACH:  August 4 at 2:30.  And I will submit
19 the confirmation order.
20             THE COURT:  All right.  Thank you.
21             MR. CARLEBACH:  Thank you, Your Honor.
22             MS. FROME:  Thank you.
23             MR. SHAVEL:  Thank you, Your Honor.
24                       *  *  *  *  *  *
25

```
                                                                    12
 1       I certify that the foregoing is a court transcript from an
 2  electronic sound recording of the proceedings in the above-
 3  entitled matter.
 4
 5                                    _____
 6                                    Mary Greco
 7  Dated:  July 18, 2010
```

## $

**$1,529,356.65** [1] **2**:23
**$2,489.06** [1] **2**:24
**$6,900,000.00** [1] **2**:17
**$6.9** [1] **4**:18
**$70,000.00** [1] **6**:8
**$8** [1] **4**:20

## 0

**08057** [1] **1**:22

## 1

**1000** [1] **1**:21
**10005** [1] **1**:18
**1001** [1] **1**:21
**11** [4] **3**:9,9,11 **9**:16
**11201** [1] **1**:26
**1129** [1] **3**:9
**1146** [2] **10**:9,12
**11th** [1] **11**:16
**12866** [1] **1**:30
**18** [1] **12**:5
**1930** [1] **8**:3

## 2

**2:30** [2] **11**:15,18
**2010** [1] **12**:5
**211** [1] **1**:29
**271** [1] **1**:25
**28** [1] **8**:4

## 4

**4** [2] **11**:17,18
**40** [1] **1**:17
**45** [1] **11**:13
**4529** [1] **1**:25
**4th** [1] **11**:15

## 5

**50** [1] **10**:23
**507(a)(1** [1] **6**:13
**507(a)(2** [1] **5**:12
**507(a)(3** [1] **5**:12
**507(a)(4** [1] **6**:13
**507(a)(5** [1] **6**:14
**507(a)(6** [1] **6**:14
**507(a)(7** [1] **6**:14

## 7

**7** [2] **4**:11,21

## 9

**9019** [2] **11**:2,7

## A

**above** [1] **12**:2
**absence** [2] **8**:20 **9**:19
**accept** [1] **5**:4
**acceptances** [2] **2**:22,22
**accepted** [13] **3**:1 **4**:7 **5**:2,6,9 **6**:15, 18,21,23,24 **7**:1,5,8
**account** [3] **4**:8 **5**:14 **6**:5
**acquiring** [1] **3**:14
**actually** [3] **2**:14 **3**:20 **8**:23

**add** [1] **11**:8
**administrative** [2] **3**:23 **5**:15
**advise** [1] **9**:3
**affiliate** [1] **11**:1
**afternoon** [2] **2**:1,3
**aggregate** [1] **2**:23
**agreed** [1] **5**:10
**agreeing** [1] **9**:10
**agreement** [6] **5**:19,20,24 **6**:5 **9**:18 **11**:6
**allow** [1] **9**:21
**allowed** [3] **5**:14 **6**:17,19
**already** [1] **11**:3
**amount** [7] **2**:23,24 **4**:10,17 **5**:15 **6**: 17,19
**analysis** [1] **4**:15
**and/or** [1] **4**:7
**appeal** [1] **9**:20
**appearances** [1] **1**:14
**applicable** [2] **3**:8,10
**application** [4] **3**:21,25 **11**:12,14
**appropriate** [2] **3**:3 **9**:5
**approval** [1] **3**:17
**approve** [1] **10**:24
**approved** [5] **3**:17 **5**:25 **10**:25 **11**:3, 6
**approving** [1] **1**:10
**assume** [1] **8**:8
**attached** [1] **4**:14
**attain** [1] **4**:8
**august** [4] **11**:15,16,17,18
**available** [2] **6**:8,10

## B

**back** [4] **2**:14,20 **5**:8 **6**:21
**balance** [1] **6**:9
**ballots** [7] **2**:11,12,13,15,20 **3**:2 **5**: 8
**bankruptcy** [1] **1**:13
**become** [1] **10**:19
**behalf** [1] **2**:4
**believe** [8] **3**:1,3 **4**:16 **9**:4,16 **10**:4, 19,23
**best** [1] **4**:24
**between** [1] **5**:21
**box** [1] **1**:21
**bring** [1] **8**:11
**brooklyn** [1] **1**:26
**brought** [2] **3**:25 **8**:10
**business** [2] **7**:23 **9**:17

## C

**cadman** [1] **1**:25
**calendar** [4] **2**:9 **10**:17,18,23
**calls** [1] **9**:16
**carla** [1] **1**:12
**carlebach** [20] **1**:15,16 **2**:1,2,8 **3**:7, 20,24 **4**:3,5,14 **5**:18 **6**:12 **8**:22 **9**:1 **10**:6 **11**:10,16,18,21
**case** [8] **1**:11 **3**:16,16,19,21 **4**:20 **10**:25 **11**:1
**cash** [6] **5**:14 **6**:5,7,16,18,25
**certainly** [3] **7**:19 **8**:7,11

**certification** [3] **2**:11,18 **7**:7
**certify** [1] **12**:1
**chapter** [5] **3**:9,9,11 **4**:11,21
**circumstances** [1] **3**:2
**claim** [17] **2**:16,17 **4**:7,8,17,19 **5**:2, 10,11,11,15 **6**:15,17,19,22,24 **7**:2
**claimed** [1] **5**:14
**claims** [6] **4**:6 **5**:16 **6**:8,13 **7**:3,4
**class** [15] **2**:15,17,17,19,21 **4**:6,7 **5**: 2,2,3 **6**:12,15,15,18 **7**:4
**classes** [9] **2**:13,13,15 **3**:1 **5**:4,5,7: 3,8,8
**clean** [1] **11**:13
**clear** [2] **4**:20 **9**:12
**clearly** [1] **4**:24
**clerk** [1] **11**:15
**close** [2] **7**:14 **9**:22
**closing** [2] **7**:18 **9**:25
**collateral** [2] **6**:5,7
**comfort** [1] **11**:4
**complies** [2] **3**:8,10
**conference** [2] **1**:9 **11**:11
**confirm** [3] **8**:15,19,21
**confirmation** [17] **1**:10 **2**:10 **3**:3 **4**: 3 **7**:9 **8**:4,11,17,24 **9**:5,9 **10**:11,14, 15 **11**:5,8,19
**confirmed** [1] **10**:20
**conformation** [1] **9**:12
**connection** [2] **3**:15,16
**consist** [1] **3**:19
**consummate** [1] **9**:24
**contemplated** [1] **7**:17
**context** [1] **11**:1
**continue** [1] **8**:1
**corporate** [1] **7**:21
**costs** [1] **3**:15
**court** [21] **1**:27 **3**:6,17,19,23 **4**:2,4, 13 **5**:17 **6**:11 **8**:4,15,20,24 **9**:3 **10**:1, 5 **11**:9,17,20 **12**:1
**courtroom** [1] **3**:4
**craig** [1] **1**:12
**cram** [1] **6**:25
**creditor** [8] **1**:20 **2**:5 **4**:18,21 **5**:21 **6**:3,20 **11**:4
**creditors** [6] **2**:14,14,20,21 **4**:23 **9**: 6
**cross** [1] **1**:11
**current** [4] **8**:9,10,10,12

## D

**date** [9] **4**:9,12 **5**:13 **6**:17,19 **8**:6 **9**: 15,15 **11**:12
**dated** [1] **12**:5
**david** [3] **1**:15,16 **2**:1
**days** [3] **9**:17,22 **11**:13
**deadlines** [1] **9**:18
**deal** [1] **7**:17
**debtor** [14] **1**:7,15 **2**:2 **3**:4,13 **4**:11 **5**:21 **6**:2 **7**:11,11,22,23,25 **8**:14
**debtor's** [3] **3**:7 **6**:5,9
**decree** [1] **11**:14
**deemed** [2] **5**:6,8
**deferred** [2] **6**:16,25

**delay** [1] **9**:23
**delineate** [1] **10**:11
**determined** [1] **8**:4
**different** [1] **5**:10
**disclosure** [3] **4**:15 **5**:25 **7**:21
**discuss** [1] **7**:16
**dismiss** [2] **1**:11 **10**:19
**dissolved** [1] **7**:22
**done** [2] **7**:15 **10**:12
**downs** [1] **6**:25

## E

**each** [4] **4**:6,6 **5**:1 **6**:14
**eager** [1] **9**:24
**east** [4] **1**:5,25 **2**:2,16
**easy** [1] **10**:18
**effect** [1] **8**:6
**effective** [8] **4**:9 **5**:13 **6**:16,18 **9**:14, 15,16,21
**effectively** [1] **9**:24
**either** [1] **8**:19
**electronic** [2] **1**:31 **12**:2
**enter** [1] **11**:2
**entitled** [2] **9**:9 **12**:3
**equal** [3] **5**:14 **6**:17,19
**esq** [3] **1**:15,19,23
**essentially** [15] **2**:11,25 **4**:14 **5**:15, 19 **6**:1,7,9,10,20,23 **8**:1,13 **9**:4,7
**estate** [1] **5**:22
**even** [1] **5**:5
**except** [2] **5**:1,9
**excess** [1] **4**:20
**exchange** [1] **1**:17
**excuse** [1] **9**:11
**exemption** [1] **10**:12
**exhibit** [3] **2**:18 **4**:15 **5**:25
**expect** [2] **7**:14,17
**expedited** [2] **7**:18 **9**:25
**expense** [1] **3**:23
**expenses** [1] **3**:15
**explain** [1] **4**:13
**extent** [4] **5**:1,9 **7**:24 **11**:11

## F

**fact** [2] **7**:15 **10**:20
**faith** [1] **3**:12
**favor** [1] **2**:18
**fee** [3] **3**:24 **11**:12,14
**fees** [4] **8**:3,6,7,11
**few** [1] **9**:22
**filed** [3] **2**:11 **9**:6,20
**filmont** [1] **11**:1
**final** [5] **3**:24 **11**:7,12,13,14
**finally** [3] **6**:12 **8**:3 **10**:16
**financial** [1] **7**:10
**fine** [1] **11**:9
**first** [4] **2**:10 **3**:7 **8**:19 **10**:18
**five** [1] **2**:20
**followed** [1] **7**:9
**forbidden** [1] **3**:12
**foregoing** [1] **12**:1
**formally** [1] **8**:18
**forth** [1] **5**:19

**forward** [2] **2**:10 **9**:25
**four** [1] **2**:21
**fourteen** [2] **1**:5 **2**:2
**fourteenth** [1] **2**:16
**frome** [6] **1**:23 **2**:6,6 **10**:2,3 **11**:22
**full** [3] **5**:16 **6**:21 **7**:2
**fully** [1] **8**:9
**fund** [1] **6**:10
**funded** [1] **6**:9
**further** [5] **6**:4 **7**:10,20 **8**:2 **9**:23

### G

**gadon** [2] **1**:20 **2**:4
**gardens** [2] **1**:5 **2**:2
**general** [2] **2**:19,21
**generic** [1] **9**:15
**give** [1] **11**:4
**given** [1] **9**:17
**global** [2] **5**:20 **6**:22
**greco** [2] **1**:27 **12**:4

### H

**hearing** [3] **1**:9,10 **8**:4
**holder** [5] **4**:6,10 **5**:9,13 **6**:14
**honor** [10] **2**:1,3,8 **7**:16 **8**:13,18,18, 22 **11**:21,23
**honor's** [1] **2**:9
**honorable** [1] **1**:12

### I

**immediately** [1] **9**:22
**imminently** [1] **7**:14
**impaired** [13] **2**:12,13,15,17,19,25 **4**:6 **5**:3,4,8 **7**:3,4,8
**inaudible** [1] **10**:24
**inc** [1] **1**:5
**incident** [1] **3**:16
**included** [3] **8**:17 **9**:5 **10**:8
**including** [1] **7**:5
**incorporated** [1] **5**:24
**insider** [1] **7**:6
**instance** [1] **3**:8
**interest** [7] **4**:6,7,9 **5**:2 **9**:9,10,13
**interests** [1] **4**:24
**issues** [1] **7**:1
**issuing** [1] **3**:14
**item** [3] **10**:22,23 **11**:7

### J

**jackie** [1] **2**:6
**jacqueline** [1] **1**:23
**jersey** [1] **1**:22
**judge** [1] **1**:13
**july** [1] **12**:5

### K

**kind** [2] **5**:12 **6**:13

### L

**language** [1] **10**:10
**law** [3] **1**:16 **3**:12 **5**:6
**least** [1] **7**:4
**lenola** [1] **1**:21
**less** [1] **4**:10

**lien** [1] **9**:7
**likely** [2] **7**:9,22
**liquidated** [1] **4**:11
**liquidation** [6] **4**:15,21,25 **7**:10,12 **8**:2
**llc** [1] **2**:16
**longer** [1] **7**:24
**lower** [2] **4**:17,19

### M

**made** [3] **3**:12,13,22
**main** [1] **10**:6
**management** [1] **7**:23
**managing** [1] **7**:25
**markay** [1] **2**:16
**market** [1] **4**:16
**mary** [2] **1**:27 **12**:4
**matter** [2] **5**:7 **12**:3
**matters** [3] **2**:9 **10**:16,17
**means** [1] **3**:12
**meets** [1] **4**:24
**michael** [2] **1**:19 **2**:3
**million** [2] **4**:18,20
**milton** [1] **1**:29
**minor** [1] **8**:16
**modification** [2] **9**:11 **10**:14
**modifications** [3] **8**:16 **9**:3,4
**moorestown** [1] **1**:22
**moot** [1] **10**:19
**motion** [5] **1**:10,11 **10**:19,22,24
**ms** [4] **2**:6 **10**:2,3 **11**:22
**myself** [1] **3**:25

### N

**need** [5] **6**:25 **7**:10,20 **8**:1 **10**:20
**net** [1] **6**:25
**new** [2] **1**:18,22
**next** [1] **9**:22
**non-insider** [1] **7**:8
**non-material** [1] **9**:4
**none** [1] **5**:7
**number** [4] **2**:8 **8**:16 **10**:22,23
**ny** [3] **1**:18,26,30

### O

**objection** [6] **8**:20 **9**:6,8,10,19 **10**:4
**obligation** [1] **5**:22
**obligations** [1] **6**:3
**office** [2] **1**:24 **10**:4
**offices** [1] **1**:16
**okay** [1] **10**:5
**once** [2] **6**:20 **8**:1
**one** [11] **2**:15,17,22,23,25 **7**:4,7 **9**:6 **10**:6,18,21
**one-third** [2] **6**:1,4
**only** [4] **2**:12,14 **5**:3 **9**:2
**operation** [1] **5**:5
**order** [12] **1**:9,10 **8**:17,24 **9**:5,12 **10**: 11,14 **11**:2,5,8,19
**other** [6] **3**:24 **5**:4 **9**:14 **10**:16,17,24
**out** [2] **6**:23 **11**:13
**outstanding** [1] **5**:22

**over** [1] **9**:22
**ownership** [1] **7**:23
**owns** [1] **7**:24

### P

**p.o** [1] **1**:21
**paid** [4] **5**:16 **7**:19 **8**:5 **9**:12
**part** [3] **5**:19 **6**:22 **11**:3
**particular** [1] **5**:10
**parties** [1] **9**:23
**pay** [2] **6**:8 **9**:10
**payable** [1] **8**:3
**payment** [6] **3**:12,21 **6**:24 **7**:2 **8**:5, 7
**payments** [4] **3**:23 **5**:18 **6**:16,25
**pc** [1] **1**:20
**permission** [1] **2**:10
**person** [1] **3**:13
**petition** [2] **9**:10,13
**ph** [1] **2**:16
**place** [1] **1**:17
**plan** [55] **2**:18 **3**:1,3,8,10,11,14,16, 22,22 **4**:7,8,10,24,25 **5**:2,3,6,9,11, 13,13,24 **6**:1,10,16,17,18,19,23 **7**: 4,5,6,6,9,9,12,13,17 **8**:5,5,6,6,15, 19,21 **9**:8,15,21 **10**:7,8,10,20 **11**:3, 6
**plaza** [1] **1**:25
**post** [6] **4**:1,3 **8**:11 **9**:9,10,13
**practical** [1] **5**:7
**present** [1] **7**:1
**presentation** [1] **8**:13
**pressure** [1] **9**:17
**previously** [1] **7**:6
**principal** [2] **6**:2,9
**priority** [1] **5**:15
**problem** [2] **10**:1,3
**proceedings** [2] **1**:31 **12**:2
**processing** [1] **1**:28
**produced** [1] **1**:32
**proffer** [2] **3**:5 **7**:16
**property** [12] **3**:14 **4**:9,16,18,22 **6**: 21,24 **7**:1,18,24,25 **10**:7
**proponent** [1] **3**:13
**proponents** [1] **3**:10
**proposed** [2] **3**:11 **7**:13
**provide** [1] **8**:7
**provides** [2] **5**:11 **8**:5
**provision** [3] **9**:16 **10**:8,9
**provisions** [2] **3**:9,11
**purchaser** [1] **9**:7
**purpose** [1] **6**:6
**purposes** [1] **10**:7
**pursuant** [4] **3**:22 **5**:23 **6**:4 **11**:6
**put** [3] **9**:11 **10**:13 **11**:5
**putting** [2] **10**:15 **11**:12

### R

**rather** [1] **11**:2
**re** [1] **1**:3
**reached** [2] **5**:20,21
**real** [1] **5**:22
**really** [2] **10**:14,16

**reason** [1] **9**:1
**reasonable** [1] **3**:18
**receive** [4] **4**:8,11 **5**:14 **6**:15
**received** [3] **2**:12,20 **3**:2
**receiving** [2] **4**:23,25
**recorded** [1] **1**:31
**recording** [2] **1**:31 **12**:2
**rejection** [3] **2**:22,23,24
**reorganization** [3] **7**:11,12 **8**:2
**representing** [1] **2**:2
**resolved** [1] **9**:9
**respect** [8] **4**:5 **5**:1,11 **6**:12 **7**:7 **9**: 14 **10**:6 **11**:10
**responsible** [2] **6**:2,4
**retain** [1] **4**:11
**road** [2] **1**:21,29
**rosen** [2] **1**:20 **2**:4
**rule** [1] **11**:7

### S

**saratoga** [1] **1**:30
**satisfaction** [1] **6**:21
**satisfied** [1] **4**:13
**scheduling** [1] **1**:9
**second** [1] **2**:19
**section** [4] **3**:9 **5**:12 **6**:13 **8**:3
**secured** [13] **1**:19 **2**:4,16 **4**:17,17, 19,21 **5**:16,21,22 **6**:3,20 **11**:4
**securities** [1] **3**:14
**sent** [3] **2**:13,14 **5**:8
**separate** [1] **11**:2
**serious** [1] **9**:19
**service** [2] **1**:28,32
**services** [1] **3**:15
**set** [1] **5**:19
**settlement** [9] **1**:11 **5**:19,20,23 **6**: 22 **9**:18,23 **10**:25 **11**:6
**seven** [1] **2**:21
**shavel** [4] **1**:19 **2**:3,4 **11**:23
**shell** [1] **7**:21
**significant** [1] **5**:22
**significantly** [2] **4**:16,19
**simply** [2] **7**:22 **10**:10
**soon** [1] **7**:15
**sort** [1] **10**:15
**sound** [2] **1**:31 **12**:2
**source** [2] **5**:17,18
**specifically** [3] **9**:8 **10**:11,13
**specified** [2] **5**:12 **6**:13
**spector** [2] **1**:20 **2**:4
**split** [2] **5**:23 **6**:1
**springs** [1] **1**:30
**square** [1] **11**:1
**state** [1] **9**:8
**stated** [2] **7**:6,21
**statement** [3] **4**:15 **5**:25 **7**:21
**states** [3] **1**:13 **2**:6 **8**:8
**stating** [1] **11**:5
**status** [2] **1**:9 **11**:10
**stay** [1] **8**:9
**stipulation** [2] **1**:10 **10**:25
**subject** [1] **3**:17
**submit** [1] **11**:18

**successor** [1] **7**:11
**suite** [1] **1**:25

---
### T
---

**tax** [4] **6**:3 **9**:6,7 **10**:8
**taxes** [4] **5**:23,23 **7**:19 **10**:13
**teed** [1] **9**:24
**terminated** [1] **7**:5
**terms** [1] **4**:24
**test** [1] **4**:24
**testify** [1] **8**:14
**testimony** [1] **3**:7
**there's** [1] **10**:1
**they've** [1] **7**:1
**though** [1] **8**:25
**threat** [1] **9**:20
**timely** [1] **3**:2
**title** [4] **4**:12 **5**:12 **6**:14 **8**:3
**today** [2] **6**:7 **8**:9
**today's** [2] **2**:9 **4**:16
**total** [1] **2**:20
**track** [1] **10**:10
**traditionally** [1] **10**:12
**transaction** [1] **7**:15
**transcriber** [1] **1**:27
**transcript** [3] **1**:9,32 **12**:1
**transcription** [1] **1**:32
**transfer** [2] **10**:8,13
**transferred** [1] **7**:19
**transferring** [1] **10**:7
**treatment** [1] **5**:10
**trustee** [4] **1**:23,24 **2**:7 **8**:8
**two** [6] **2**:12,13,25 **5**:3 **7**:7 **10**:17
**two-third** [1] **6**:1
**two-thirds** [1] **6**:3
**typewrite** [1] **1**:28

---
### U
---

**u.s** [2] **1**:23,24
**un-impairment** [1] **5**:7
**under** [17] **3**:2,14,22 **4**:8,11,23,25 **5**:3,24,25 **7**:3,4,12,17 **8**:3 **9**:17 **11**:7
**unimpaired** [1] **5**:5
**unintelligible** [2] **7**:6,20
**united** [3] **1**:13 **2**:6 **8**:8
**unless** [1] **7**:12
**unsecured** [3] **2**:19,21 **4**:23
**up** [2] **9**:24 **11**:13

---
### V
---

**value** [3] **4**:9 **6**:16 **7**:1
**valued** [1] **4**:18
**virtue** [2] **5**:6 **10**:19
**voted** [3] **2**:17 **5**:4,5

---
### W
---

**wait** [1] **9**:21
**wanted** [2] **9**:3 **10**:9
**way** [1] **8**:19
**whereby** [2] **5**:21 **6**:2
**will** [15] **4**:8 **5**:13 **6**:2,4,8,15 **7**:22,22,25,25 **8**:10,11,20 **9**:12 **11**:18

**without** [2] **7**:5 **9**:22
**word** [1] **1**:28
**worked** [1] **6**:23

---
### Y
---

**york** [1] **1**:18