```
 1                     UNITED STATES BANKRUPTCY COURT
                        EASTERN DISTRICT OF NEW YORK
 2

 3    ---------------------------------------X
                                              : 09-47792
 4    In re:                                  :
                                              : 271 Cadman Plaza East
 5       EAST FOURTEEN GARDENS, INC.,         : Brooklyn, New York
                                              :
 6                      Debtor.               : April 6, 2011
      ---------------------------------------X
 7
              TRANSCRIPT OF (9) HEARING FOR ORDER SCHEDULING
 8        STATUS CONFERENCE; (86) MOTION TO APPROVE MODIFICATION
                         OF A CONFIRMED PLAN
 9              BEFORE THE HONORABLE CARLA E. CRAIG
                    UNITED STATES BANKRUPTCY JUDGE
10
      APPEARANCES:
11
      For the Debtor:          DAVID CARLEBACH, ESQ.
12                             Law Offices of David Carlebach
                               40 Exchange Place
13                             New York, NY 10005

14

15    For the U.S. Trustee:    JACQUELINE A. FROME, ESQ.
                               Office of the U.S. Trustee
16                             271 Cadman Plaza East, Suite 4529
                               Brooklyn, NY  11201
17

18

19
      Court Transcriber:       MARY GRECO
20                             TypeWrite Word Processing Service
                               211 N. Milton Road
21                             Saratoga Springs, NY 12866

22

23

24

25



      Proceedings recorded by electronic sound recording,
      transcript produced by transcription service
```

1           THE CLERK:  Number 1 and 2, <u>East Fourteen Gardens</u>.

2           MR. CARLEBACH:  Good afternoon, Your Honor.

3           THE COURT:  Good afternoon.

4           MR. CARLEBACH:  David Carlebach representing the
5    debtor, East Fourteen Gardens.  This is the adjourned hearing
6    on the debtor's motion to amend the plan without the re-
7    solicitation.  The only issue that the Court had raised was to
8    the extent that there was a savings of $67,000.00 which inured
9    to the benefit of the debtor as a result of the mistake, so to
10   speak, made by the secured creditor, the Court had requested
11   that that money be paid to unsecured creditors.  I have since
12   had an opportunity to speak with the debtor's principal and
13   he's agreed to that change.

14          So, you know, in light of that I would ask that the
15   Court approve the application and we will add that provision
16   into the order, would reflect that those monies will go to the
17   unsecured creditors.

18          THE COURT:  What's the mechanism for distributing the
19   monies?  Have any monies gone out yet or are they going out
20   over time, or how's that --

21          MR. CARLEBACH:  This order is the last thing that is
22   necessary for the closing on the real estate.  As soon as the
23   real estate closes, the monies will go out, the monies will be
24   paid to the unsecured creditors.

25          THE COURT:  Okay.  All right then.  So you can submit

1 | an order.
2 |     MR. CARLEBACH: Okay. Thank you, Your Honor.
3 |     THE COURT: Anything you want to put on the record,
4 | Ms. Frome?
5 |     MS. FROME: Just a reminder to file quarterly reports
6 | of disbursements. But at this point, Mr. Carlebach can file an
7 | affidavit at the end of the disbursements and pay the fees
8 | owed.
9 |     THE COURT: Okay. Okay. Thank you.
10 |     MS. FROME: Thank you, Your Honor.
11 |     * * * * * *

```
                                                                    4
 1       I certify that the foregoing is a court transcript from an
 2   electronic sound recording of the proceedings in the above-
 3   entitled matter.
 4
 5                                    _____
 6                                            Mary Greco
 7   Dated:  April 29, 2011
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```